IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ASHLEY BALL,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

No. 11-985-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 11, 2012, the Report and Recommendation is adopted and the case is dismissed with prejudice for lack of subject matter jurisdiction.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     s/*Sara Jennings*
        Deputy Clerk

Dated: December 12, 2012

Digitally signed by
David R. Herndon
Date: 2012.12.12
11:03:12 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT